IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
EASTERN DIVISION (AT ASHLAND)

| | | |
|---|---|---|
| **CALVIN STOVER and TINA STOVER,** | : | |
| Plaintiffs, | : | |
| vs. | : | Civil Action No. _____ |
| **BIMBO BAKERIES USA, INC.,** *et al.*, | : | |
| Defendants. | : | |

## DEFENDANTS' NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§1441 and 1446, Defendants Bimbo Bakeries USA, Inc. and Sara Lee Foodservice (collectively hereinafter "BBU" or "Defendants"), by and through counsel, hereby file this Notice of Removal of the above-captioned matter from the Greenup County Circuit Court to the United States District Court for the Eastern District of Kentucky. Defendants respectfully state the following in support of this Notice of Removal:

1. On or about September 6, 2013, Plaintiffs initiated an action against Defendants in the Greenup County Circuit Court.

2. On or about September 9, 2013, Defendants were served with a copy of the Summons and Complaint.

3. Pursuant to 28 U.S.C. §1446(a), all processes, pleadings, and orders that have been served upon Defendants to date in this matter are included with this Notice of Removal as Exhibit 1.

4. A copy of this Notice of Removal, with accompanying exhibit, and a Notice to State Court of Removal are being served upon Plaintiffs' counsel and will be filed with the Clerk

of the Greenup County Circuit Court promptly after the filing of this Notice of Removal with this Court, in accordance with the provisions of 28 U.S.C. §1446(d).

5. This case is a civil action over which this Court has original jurisdiction under 28 U.S.C. §§1331; making it one that may be removed to this Court pursuant to 28 U.S.C. §§1441(a) and 1446 (federal question):

(a) The allegations set forth in the Complaint demonstrate that this is a civil action seeking reinstatement of health insurance, dental, vision care and life insurance benefits that are alleged to have been benefits offered as a result of Plaintiff Calvin Stover's, employment and continued during his receipt of disability benefits;

(b) These allegations establish that Plaintiffs' claim is for benefits under an employee welfare benefit plan governed by the Employee Retirement Income Security Act, 29 U.S.C. §1001, *et seq*. ("ERISA");

(c) Plaintiffs' claims are subject to "complete preemption" under ERISA in that the Complaint states a colorable claim for recovery of ERISA benefits and the allegations of the Complaint could state a claim under 29 U.S.C. §1132, which provides for those limited remedies available under ERISA.

6. This Court has original jurisdiction pursuant to 28 U.S.C. §1331 inasmuch as claims in this civil action arise under the laws of the United States, namely the ERISA, and, therefore, may be removed without regard to the citizenship or residence of the parties or the amount in controversy. *See*, Complaint.

7. All claims alleged in this action appear to arise out of the same common nucleus of operative facts; namely, Plaintiff Calvin Stover's employment with Earthgrains Baking

2

Companies, Inc.,[1] his receipt of disability benefits as a result of that employment, and claimed entitlement to additional ERISA welfare benefits. Accordingly, this Court has supplemental jurisdiction over any state law claims raised in the Complaint, which are not preempted by ERISA.

8. Pursuant to 28 U.S.C. §1446(d), a true and complete copy of this Notice of Removal will be submitted for filing with the Clerk of the Greenup County Circuit Court.

9. This Notice of Removal is being filed within 30 days, as defined by 28 U.S.C. §1446(b) and Fed. R. Civ. P. 6(a), after Defendants first accepted service of Plaintiffs' Complaint.

10. Notice of the filing of this Notice of Removal will be served upon all parties who have appeared in this action.

11. The required filing fee of $400.00 and an executed Civil Cover Sheet accompany this Notice of Removal.

WHEREFORE, Defendants respectfully request that the Clerk note that this action has been removed from the Greenup County Circuit Court to the United States District Court for the Eastern District of Kentucky, and that all proceedings hereafter shall take place in the United States District Court for the Eastern District of Kentucky.

---

[1] This corporation was a subsidiary or affiliate of the Sara Lee Corporation, which was purchased by Bimbo Bakeries USA, Inc. (BBU) in November, 2011.

Dated:   <u>October 9, 2013</u>				Respectfully submitted,


							*/s/ Susan C. Sears*
							Susan C. Sears  (KY #84971)
							ssears@littler.com
							LaToi D. Mayo  (KY #88988)
							lmayo@littler.com
							Mary Kovalesky  (KY #94057)
							mkovalesky@littler.com
							LITTLER MENDELSON, P.S.C.
							333 West Vine Street, Suite 1620
							Lexington, KY  40507
							Telephone:   859.317.7970
							Facsimile:   859.259.0067

							Daniel W. Srsic  (OH #0064177)
							dsrsic@littler.com
							LITTLER MENDELSON, P.C.
							21 East State Street, 16th Floor
							Columbus, OH  43215
							Telephone:   614.463.4213
							Facsimile:   614.573.9812

							*Attorneys for Defendants*

4

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of October, 2013, the foregoing *Defendants' Notice of Removal* has been filed via the electronic filing system. Notice of filing will be performed by the Court's electronic filing system, and the Parties may access the document through the electronic filing system.

In addition, I hereby certify that on this 9th day of October, 2013, a copy of the foregoing was served by first-class mail, postage prepaid, upon the following:

James W. Lyon, Jr., Esq.
LYON & LYON, P.L.L.C.
302 Main Street
P.O. Box 675
Greenup, KY 41144-0675
*Attorney for Plaintiffs*

          */s/ Susan C. Sears*
          Susan C. Sears

Firmwide:123316329.2 046057.1065
10/9/13