**Capitol Corporate Services, Inc.**
PO Box 1831
Austin, TX 78767
Phone: (800)345-4647  Fax: (800) 472-0533
rassop@capitolservices.com

## Service Of Process Transmittal Notice

| | | |
|---|---|---|
| LINDA SCHEUERER<br>BIMBO BAKERIES USA-LEGAL DEPT.<br>255 BUSINESS CTR DR<br>HORSHAM PENNSYLVANIA 19044 | **Date Processed:** | 09/09/2013 |
| | **Completed By:** | SHANNON STEENBERGEN |
| | **Delivery Method to Client:** | FEDEX 2 DAY LETTER |
| | **Tracking Number:** | 911730656893 |

Enclosed please find legal documents received on behalf of the client named below. These documents are being forwarded in accordance with your instructions.

| Date / Time Received | Transmittal # | Delivered to Agent by |
|---|---|---|
| 09/09/2013  1:00 PM in KENTUCKY | KY-85225 | CERTIFIED MAIL |

**With Regard to Client**
BIMBO BAKERIES USA, INC.

**Title of Case or Action**
CALVIN STOVER AND TINA STOVER VS. BIMBO BAKERIES USA, INC. ET AL

| Case Number | Type of Document Served |
|---|---|
| 13-CI-537 | CITATION/SUMMONS |

**Court Name**
GREENUP COUNTY, KENTUCKY CIRCUIT COURT DIVISION I

**Note**


1-85225G

# EXHIBIT 1

| AOC-S-105   Sum Code: CI | | Case Number 13-CI-00537 |
|---|---|---|
| Rev. 7-99 |  | Court CI |
| Commonwealth of Kentucky<br>Court of Justice<br>CR 4.02; Cr Official Form 1 | Civil Summons | County GREENUP |

*Plantiff,* STOVER, CALVIN , ET AL VS. BIMBO BAKERIES USA, INC., , ET, *Defendant*

BIMBO BAKERIES USA, INC.,
CAPITOL CORPORATE SERVICES, INC.
828 LANE ALLEN RD SUITE 219
LEXINGTON                    KY     40504

The Commonwealth of Kentucky to the above-named Defendant(s):

You are hereby notified that a legal action has been filed against you in this court demanding relief as shown on the document delivered to you with summons. Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days following the day this paper is delivered to you, judgement by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding such relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this summons.

Circuit/District Clerk, ALLEN KENT REED

By _____, DC

Date: 09/06/2013

**Proof of Service**

[ ] This Summons was served by delivering a true copy and the Complaint (or other initiating document)
To _____

[ ] Not Served because: _____

Date: _____                             Served by _____

CI   13-CI-00537
STOVER, CALVIN , ET AL VS. BIMBO BAKERIES USA, INC., , ET



COMMONWEALTH OF KENTUCKY
GREENUP CIRCUIT COURT
CIVIL ACTION NO. 13-CI-537
DIVISION I



FILED
SEP 6 2013
ALLEN REED, CLERK
BY: _____ D.C.

CALVIN STOVER and TINA STOVER     PLAINTIFFS

VS:     **COMPLAINT**

BIMBO BAKERIES USA, INC.
SERVE BY: CERTIFIED MAIL

CAPITOL CORPORATE SERVICES, INC.
828 LANE ALLEN RD.
SUITE 219
LEXINGTON, KY 40504

AND

SARA LEE FOODSERVICE
SERVE BY: CERTIFIED MAIL

CT CORPORATION SYSTEM
306 W. MAIN STREET, SUITE 512
FRANKFORT, KY 40601     DEFENDANTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

COME now the Plaintiffs, by and through counsel, and for their complaint against the Defendant, state as follows:

1. That the Plaintiffs are husband and wife who live in Greenup County, Kentucky.

2. That the Plaintiff, Calvin Stover, was an employee of Heiner's Bakery from September 1991 until September 2, 2010. The corporate entity of Heiner's Bakery went through various changes, and ultimately became Bimbo Bakeries USA, Inc.

3. That Calvin Stover became disabled on September 3, 2010.

4. That Bimbo Bakeries USA, through its insurer, Prudential, approved him for long term disability benefits on March 4, 2011, and he still receives such long term disability benefits at the present.

5. That, as an additional benefit through his employer, he was informed that, so long as he continued to be eligible for long term disability benefits, the employer would pay its portion of his health insurance costs, including dental and vision care, during the entire period of his long term disability. These representations were made to the Plaintiff by emails of December 9, 2010 and December 10, 2010 from appropriate representatives of the Sara Lee Corporation, which is now Bimbo Bakeries USA.

6. That despite representations that his health insurance benefits would remain in full force and effect during the term of his long term disability, Bimbo Bakeries USA has terminated his health insurance benefits.

7. That the Defendants further represented that life insurance benefits to the Plaintiff would remain in full force and effect, and his life insurance policy with the Defendants has also been cancelled.

8. That the Plaintiff has fulfilled all requirements necessary for the continuation of this coverage, and has paid his share of the premium, and has done all things required of him to maintain the policy in full force and effect.

9. That the termination of health insurance coverage and life insurance coverage by the Defendant is without reason, justification or cause.

10. That the Plaintiff seeks compensatory damages in an amount in excess of the jurisdictional requirements of this Court.

11. That the Plaintiff seeks an ORDER of the Court directing that the health insurance benefits be reinstated immediately.

## COUNT II

12. That Tina Stover, the wife of Calvin Stover, was likewise a beneficiary of the insurance coverage which was to have been provided by the Defendant, Bimbo Bakeries USA.

13. That her health insurance, dental and vision care, as well as life insurance coverage has been terminated without reason, cause or justification.

14. That Tina Stover seeks an award of compensatory damages in an amount in excess of the jurisdictional requirements of this Court.

15. That she further seeks an ORDER of the Court reinstating her health insurance as well as dental and vision care benefits and life insurance benefits as she is entitled through the Defendant, Bimbo Bakeries USA.

WHEREFORE, the Plaintiffs pray for relief as follows:

1) For Judgment against the Defendant in an amount in excess of the jurisdictional requirements of this Court;

2) For their health insurance benefits and life insurance benefits to be reinstated;

3) For their costs herein expended as well as a reasonable fee for their attorney;

4) For any and all other relief in law or equity to which they may appear entitled.

Respectfully submitted,

LYON & LYON, PLLC
302 Main Street
P. O. Box 675
Greenup, KY 41144-0675
Phone: (606) 473-5002
Fax: (606) 473-0128

BY: _____
JAMES W. LYON, JR.

ALLEN K. REED
CIRCUIT COURT CLERK
GREENUP CIRCUIT & DISTRICT COURTS
GREENUP COUNTY COURTHOUSE ANNEX
101 HARRISON STREET, P.O. Box 676
GREENUP, KENTUCKY 41144-0676

CI 13-CI-00537
620263

CERTIFIED MAIL
7011 1570 0000 7805 8152

U.S. POSTAGE >> PITNEY BOWES
ZIP 41144 $ 006.31⁰
02 1W
0001375938 SEP 06 2013

9/9

BIMBO BAKERIES USA, INC.,
CAPITOL CORPORATE SERVICES, INC.
828 LANE ALLEN RD SUITE 219
LEXINGTON KY 40504

4050436596969